IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

SHEILA WALKER, ET AL.                                              PLAINTIFFS

v.                         No. 5:99CV00306 GH

LINDA STOGSDILL, ET AL.                                            DEFENDANTS

## JUDGMENT

In accordance with the separate order filed this date, defendants' motion to dismiss is granted due to mootness of the original claims.

DATED this 23rd day of September, 2005.

_____
UNITED STATES DISTRICT JUDGE